

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 25 2003
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

LONNIE A. SURRATT, JR. AND
WILLIAM M. MOORE                                    **PLAINTIFFS**

VS.                         NO. 4-03-CV-00590 SMR

BOYD TUNICA, INC., and
BOYD GAMING CORPORATION                             **DEFENDANTS**

## COMPLAINT

This case... Reasoner / Young

COMES Marquis E. Jones, Attorney for the Plaintiffs, Lonnie A. Surratt, Jr. and William H. Moore, hereinafter referred to as "Plaintiffs", and for their complaint against the defendants, Boyd Tunica, Inc. and Boyd Gaming Corporation, hereinafter referred to as "Defendants", and states:

1. Jurisdiction and venue in this matter is based upon 28 USC Section 1333 due to diversity of the parties and the amount in controversy exceeding $75,000.00.

2. The plaintiff, Lonnie A. Surratt, Jr., is a resident of Plummerville, Conway County, Arkansas and Plaintiff William H, Moore is a resident of Tulsa, Oklahoma and Defendant, Boyd Tunica, Inc. is a Mississippi Corporation, and Boyd Gaming Corporation, is a Nevada Corporation who operate a legalized gambling business in Tunica, Mississippi known as Sam's Town Hotel and Gambling Hall which entice, solicit, and persuade customers, (by radio, TV, and newspapers) directly and

1

indirectly from surrounding states to its facility in Tunica, Mississippi, whose agent for service is: John J. Phillipp, 1477 Casino Strip Blvd., Robinsonville, Mississippi 38664.

3. That this Court has jurisdiction of parties and the subject matter hereof.

4. That plaintiffs as business invitees, on July 30, 2000 went to Defendant's gambling hall and hotel, Sam's Town in Tunica, Mississippi and registered in its hotel. They went to their room, removed their clothing from their luggage, laid their clothing out so that they could put them on after taking their shower, took a shower, put on the laid out clothing and went downstairs to the gambling hall to engage in some gambling. Upon reaching the gambling area they were suddenly attacked by fireants which inflicted numerous, incredulously, painful stings over their bodies. In an effort to remove the ants from their bodies plaintiff had to remove their clothing. Later investigation by plaintiffs disclosed that the bath section of the room that plaintiffs were assigned. to was infested with fireants.

5. That Plaintiffs received numerous excruciatingly painful stings and bites from the fireants. The presence of fireants in plaintiff's room constitutes negligence in that Defendant failed to keep its rooms clean and free of fireants, failed to remove substances that would attract fireants to Plaintiff's room, failed to have room and /or building constructed so that no fireants could enter therein, and failed to destroy any fireants before they entered plaintiff's room.

6. That Plaintiffs received numerous painful injuries that were proximately caused by Defendant's negligence.

7. That as a result Defendants' negligence plaintiffs received the following damages:

  a. Suffered extreme pain and suffering

  b. Disfigurement

  c. Medical expenses

  d. Mental distress and Embarrassment

  e. Disrupted recreation plans

8. That plaintiffs should receive monetary damages for their injuries proximately caused by Defendants' negligence in the sum of $180,000.00.

9. The Plaintiff requests a trial by Jury..

WHEREFORE, Plaintiffs pray for judgment against Defendants' jointly and severly in the sum of $180,000.00, for attorney fees, their costs herein expended, and for all other relief to which they may be entitled.

Respectfully submitted,

JONES & TILLER LAW FIRM
ATTORNEYS FOR PLAINTIFF

BY: _____
MARQUIS E. JONES, 74089
1015 W. 2nd St., Ste. 4
P. O. Box 1312
Little Rock. Arkansas 72203